220 P.3d 1052

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

| | | | |
|---|---|---|---|
| County of Maui v. Lundborg | 29578 | 11/02/2009 | Reversed |
| State v. Ancheta | 29039 | 11/09/2009 | Affirmed, vacated & remanded |
| State v. Delos Santos | 29337 | 11/09/2009 | Reversed |
| Ferreira v. Ferreira | 28912 | 11/18/2009 | Vacated & remanded |
| Son-Gi Han v. Kang | 27865 | 11/25/2009 | Vacated & remanded |
| State v. Robertson | 28683 | 11/30/2009 | Reversed |